FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIO ADAN COBIAN (1),<br>LIZETT MONTIEL-MARTINEZ (2),<br><br>    Defendants. | Criminal Case No. 08CR2017-JAH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana;<br>Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about May 21, 2008, within the Southern District of California, defendants MARIO ADAN COBIAN and LIZETT MONTIEL-MARTINEZ, did knowingly and intentionally import approximately 25.42 kilograms (55.92 pounds), of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 17, 2008.

          KAREN P. HEWITT
          United States Attorney

          MICHELLE M. PETTIT
          Assistant U.S. Attorney

MIP:psd:Imperial
6/16/08