AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MARIO ADAN COBIAN | CASE NUMBER: 08CR2017-JAH |

I, <u>MARIO ADAN COBIAN</u>, the above named defendant, who is accused of committing the following offense:

   Importation of Marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _17 June 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _/s/ Mario Cobian_
Defendant

_/s/_
Counsel for Defendant

Before _/s/_
Judicial Officer

**FILED**
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY